UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVEL 12 PRODUCTIONS, LLC,

                Plaintiff,

v.

MEDIAITE, LLC,

                Defendant.

24 Civ. 6 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

      On February 12, 2024, Defendant filed a motion to dismiss. *See* Dkt. No. 12. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the Complaint once as a matter of course.

      Accordingly, it is hereby **ORDERED** that Plaintiff shall file any amended complaint by **March 4, 2024**. Any amended complaint shall be filed along with a redline. The redline shall show all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by **March 22, 2024**, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on their previously filed motion to dismiss, any opposition shall be filed by **April 5, 2024**, and any reply shall be filed by **April 12, 2024**.

      If Plaintiff does not file an amended complaint, Plaintiff shall file any opposition to the motion to dismiss by **March 4, 2024**. The Moving Defendants' reply, if any, shall be filed by **March 15, 2024.**

      SO ORDERED.

Dated: February 13, 2024
       New York, New York

                                                          DALE E. HO
                                                     United States District Judge