UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 12 PRODUCTIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MEDIAITE LLC,<br><br>      Defendant. | 24 Civ. 6 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On March 6, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for March 13, 2024. *See* ECF. No. 17. No significant issues are presented in the parties' materials.

  It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately.

  SO ORDERED.

Dated: March 7, 2024
   New York, New York

                             DALE E. HO
                          United States District Judge