UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 12 PRODUCTIONS, LLC,<br><br>                            Plaintiff,<br><br>        v.<br><br>MEDIAITE, LLC,<br><br>                            Defendant. | 24 Civ. 6 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 12, 2024, Defendant filed a motion to dismiss the Complaint.  *See* ECF No. 12.  On March 4, 2024, Plaintiff filed the First Amended Complaint.  *See* ECF No. 16.  On March 22, 2024, Defendant filed a motion to dismiss the First Amended Complaint.  *See* ECF No. 20.

It is hereby **ORDERED** that Defendant's motion to dismiss the Complaint is **DENIED**, as moot.  The parties will brief Defendant's motion to dismiss the First Amended Complaint in accordance with the order issued on February 13, 2024.  *See* ECF No. 14.

The Clerk of Court is respectfully directed to close the motion at ECF No. 12.

SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                                     DALE E. HO
                                        United States District Judge