MEMO ENDORSED

**SANDERS LAW GROUP**

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 4, 2024

> Application **GRANTED**. The parties' joint status letter shall be due by **September 11, 2024 at 11:59 p.m. (E.T.)**. The case management conference is **adjourned** to **September 18, 2024, at 10:30 a.m. (E.T.)**. The parties are directed to dial 646-453-4442, enter the meeting code 568421454, and press pound (#).
>
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: September 4, 2024

<u>**VIA ECF**</u>
Hon. Dale E. Ho, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, NY 10007

Re: *Level 12 Productions, LLC v. Mediaite, LLC.*,
    Case No. 1:24-cv-00006-DEH

Dear Judge Ho:

We represent Plaintiff Level 12 Productions ("*Plaintiff*") in the above-referenced action. Pursuant to Paragraphs 2(a) and 2(e) of Your Honor's Individual Practices, Plaintiff respectfully requests a further extension of time in which to file the requisite joint status letter regarding a referral for settlement discussions and/or any dispositive motion a party plans to file (*Dkt. No. 29*) until and including September 11, 2024.

In support of this Motion, Plaintiff includes the following:

(1) The deadline for the parties to submit a joint status letter regarding a referral for settlement discussions and/or any dispositive motion a party plans to file is September 4, 2024 (*Dkt. No. 29*);

(2) The Court has scheduled a case management conference for September 11, 2024, pursuant to Your Honor's August 29, 2024, Order (*Dkt. No. 29*);

(3) This is Plaintiff's third request for an extension of time and/or adjournment and the Court granted Plaintiff's July 9, 2024 (*Dkt. No. 26*), request for an extension and adjournment via the Court's July 10, 2024, Order (*Dkt. No. 27*) and also granted Plaintiff's August 28, 2024, request for an extension and adjournment (*Dkt. No. 28*) via the Court's August 29, 2024, Order (*Dkt. No. 29*);

(4) Good cause exists for the instant request as the parties are still awaiting the completion of the transcript from Plaintiff's August 13, 2024, deposition of Defendant pursuant to Fed R. Civ. P. 30(b)(6) and of which would be taken into consideration with respect to the pursuit of dispositive motions;

(5) Defendant consents to the requested relief.

The instant motion is made in good faith and granting this motion will not prejudice any party to this matter. Thank you for your consideration of this request.

>Respectfully submitted,
>
>/s/ *Joshua D. Vera*
>Joshua D. Vera
>*Counsel for Plaintiff*

cc: Counsel of Record