UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Level 12 Productions, Inc., <br><br>　　　　　　　　Plaintiff, <br><br>　　　　v. <br><br>Mediaite, LLC, <br><br>　　　　　　　　Defendant. | 24-CV-6 (DEH) <br><br>ORDER |

DALE E. HO, United States District Judge:

On February 12, 2024, Defendant filed a motion to dismiss the Complaint. *See* ECF No. 12. On March 4, 20204, Plaintiff filed the First Amended Complaint. *See* ECF No. 16. On March 22, 2024, Defendant filed a motion to dismiss the First Amended Complaint. *See* ECF No. 20. The parties have since completed discovery and have indicated to the Court that they intend to file cross motions for summary judgment. *See* ECF No. 32.

A conference in this matter was held on September 18, 2024. During the conference, the parties reiterated their intent to file cross-motions for summary judgment and agreed that summary judgment presents a better vehicle for resolving the issues presented in Defendant's motion to dismiss. Accordingly, it is hereby **ORDERED** that Defendant's motion to dismiss the First Amended Complaint is **DENIED** as moot, without prejudice to the merits. The parties shall file a proposed summary judgment schedule and propose page limits for their briefings **by September 25, 2024**.

The Clerk of Court is respectfully directed to close ECF Nos. 20 and 21.

SO ORDERED.

Dated: September 18, 2024
New York, New York

DALE E. HO
United States District Judge