January 9, 2026

**VIA ECF**
Hon. Jeannette A. Vargas, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

      Re: *Level 12 Productions, LLC v. Mediaite, LLC*
          Case No. 1:24-CV-00006-DEH
          **Joint Proposed Plan**

Dear Judge Vargas:

      Plaintiff Level 12 Productions, LLC ("Plaintiff"), alongside the Defendant Mediaite, LLC ("Defendant" or "Mediaite") (collectively, the "Parties") write in accordance with your Honor's directive to propose a joint plan regarding how to proceed in the above-referenced matter, as instructed in Your Honor's December 9, 2025 Opinion & Order (ECF Doc. No. 64).

      The Parties shall submit a proposed trial date and the required pre-trial submissions on or about March 10, 2026, while simultaneously engaging in settlement discussions as to the remaining issues in this matter. The Parties shall ensure to propose a trial date that provides enough time for the Parties to mutually engage in settlement discussions in good faith.

      We thank the Court sincerely in advance for its consideration of this submission.

Respectfully submitted,

| | |
|---|---|
| **/s/ Elizabeth Vulaj** | **/s/ Joshua D. Vera** |
| **/s/ Andrew Eisbrouch** | *Counsel for Plaintiff Level 12 Productions, LLC* |
| *Counsel for Defendant Mediaite, LLC* | 333 Earle Ovington Boulevard, Suite 402 |
| 1261 Broadway, Sixth Floor | Uniondale, NY 11553 |
| New York, NY 10001 | Tel.: 516-203-7600 |
| Tel.: 646-512-9555 | E-Mail: jvera@sanderslaw.group |
| E-Mail: elizabeth@abrams-media.com | |
| E-Mail: andrew@abrams-media.com | |

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: January 15, 2026