March 9, 2026

**VIA ECF**
Hon. Jeannette A. Vargas, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re: *Level 12 Productions, LLC v. Mediaite, LLC*
    Case No. 1:24-CV-00006-DEH
    **Second Extension Request**

Dear Judge Vargas:

Plaintiff Level 12 Productions, LLC ("Plaintiff"), alongside the Defendant Mediaite, LLC ("Defendant" or "Mediaite")(collectively, the "Parties") write to respectfully request a second extension for the Parties' joint proposal of a trial date and pre-trial submissions in this matter.

The Parties previously requested the date of March 10, 2026 for the deadline to submit the proposed trial date/pre-trial submissions (ECF Doc. No. 68), which Your Honor granted. The Parties respectfully make this second request for an extended deadline of **April 17, 2026**, in order to allow more time for the Parties to continue settlement discussions as to the remaining issues in this matter.

The Parties shall ensure to select a trial date that provides for enough time for the Parties to mutually engage in settlement discussions in good faith.

We thank the Court sincerely in advance for its consideration.

Respectfully submitted,

*/s/ Elizabeth Vulaj*
*/s/ Andrew Eisbrouch*
*Counsel for Defendant Mediaite, LLC*
1261 Broadway, Sixth Floor
New York, NY 10001
Tel.: 646-512-9555
E-Mail: elizabeth@abrams-media.com
E-Mail: andrew@abrams-media.com

*/s/ Joshua D. Vera*
*Counsel for Plaintiff Level 12 Productions, LLC*
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel.: 516-203-7600
E-Mail: jvera@sanderslaw.group

The Parties request for an extension of the deadline to submit pretrial submissions , including the JPTO, is **GRANTED**.  The JPTO shall be submitted by **April 17, 2026**.  No further extensions of the deadline shall be granted absent extraordinary circumstances.  The Clerk of Court is directed to terminate ECF No. 69.

SO ORDERED.
Dated: March 13, 2026

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE